Format to be Used By a Prisoner
Filing a Complaint Under the Civil Rights Act,
42 U.S.C. § 1983



In The United States District Court
For The District of Maryland

Drew David Neisser  #442-439
M.C.I.-J, P.O. Box 549
Jessup, Maryland 20794

        VS.                              Civil Action No._____

1.)    Ocean City Police Department
       66th Street Coastal Hwy.
       Ocean City, Maryland 21842

2.)    Detective David Whitmer ID# 55116
       66th Street Coastal Hwy.
       Ocean City, Maryland 21842

3.)    Officer Tonya Gower
       66th Street Coastal Hwy.
       Ocean City, Maryland 21842

4.)    Kristina Watkowski
       Office of the Public Defender
       101 West Green Street
       P.O. Box 276
       Snow Hill, Maryland 21863

5.)    Diane Cuihle Karsnitz
       States Attorney Office
       For Worcester County
       106 Franklin Street
       Snow Hill, Maryland 21863

## COMPLAINT

I. There are NO Previous Lawsuits.

II. Administrative Proceedings

A.) There is a Grievance filed against Kistina Watkowski with the Attorney Grievance commission of Maryland. A copy of Ms. Watkowski responses dated 1/19/17, is enclosed with this Petition.

1. I have not been given any results. I was told by them they will only get involved if Post Conviction rules ineffective assistance of Counsel.

III. Statement of Claims

(1) Ocean City Police Department of ocean City MD. Willfully destroyed evidence in an ongoing Case. Said Evidence was a 70 minute audio & Video recording given by me, Drew Neisser-Petitioner on 10/13/14 approximately 1:30 PM at OCPD Headquarters, was lost/destroyed, supposedly during a computer up grade. E-Mail from Detective Whitmer to my attorney Eli-Braun on 12/13/16 informing evidence was lost 25 months earlier. This recording would have exonerated me. How many others were lost? Why was it not backed up? Who was the Certified Computer Technician. OCPD would rather look careless than corrupt.

(2)     Detective Dave Whitmer with held evidence on an ongoing Case when my attorney Kristina Watkowski approached him after I informed her that Detective Dave Whitmer promised me in a interview that Sheila Santa Maria will not be back to my home after filing a false report against me. Ms. Watkowski testified to this in open Court at my Post Conviction hearing on 1/6/17 then again in her response on 1/19/17 in the grievance I filed against her with the Attorney Grievance Commission. (Enclosed)

(3)     Officer Tonya Gower with held evidence from the previous incident between myself and Ms. Santa Maria on 10/3/14 to the Grand Jury, in Motion of Discovery and to my attorney. Being the arresting Officer in a Domestic charge the first thing you would do would be to check if there has been any other related incidents between the two parties. Again better to look careless than corrupt. Between Officer Gower, Detective Whitmer and the Asst. States Attorney Diane Cuihle Karsnitz this is conspiracy to withhold evidence, Collusion and Destroying of Evidence.

(4)   Diane Cuihle Karsnitz, Asst. States Attorney of Worcester County MD. Willfully conspired with members of the Ocean City Police Dept. to have evidence withheld from the Grand Jury, Discovery hearing, from my attorney and the Jury in my Trial on 8/6/15 in Snow Hill, Maryland.

Mrs. Karnitz had to coach Ms. Sheila Santa Maria not to mention anything about the previous incident at my home on 10/3/14 or about the video recordings at trial on 8/6/15.

(5)   Kristina Watkowski was informed by Me (Drew Neisser) that there is a 70 minute interview of a previous incident on 10/13/14 with Detective Dave Whitmer at OCPD telling me that my X-Girlfriend/Stalker will not be back at my home. Under oath at my Post Conviction hearing and again to the Attorney Grievance Commission Ms. Watkowski States she "spoke" to Detective Whitmer and decided he could not help me. Then states she had no way of getting the Police report from the OCPD without a Case Number, which is a Lie. My Post Conviction Attorney in Baltimore made a Phone Call to OCPD Records Dept. and with only my Name, He obtained Previous Report. (Enclosed)

IV.                                    RELIEF SOUGHT

1. Compensatory Damages, $2,000,000.00

2. Punitive Damages, $2,000,000.00

3. Pain and Suffering, $3,000,000.00

4. Trail by Jury-Case Dismissed

5. Any other relief this Court finds just and proper.

Signed this Day June 10th 2020

*Drew Neisser*

Drew David Neisser  #442-439
M.C.I.-J, P.O. Box 549
Jessup, Maryland 20794