Drew Neisser 442-431

MCI-J - P.O Box 549

Jessup Maryland
20794



RETURNED
LODGED                    RECEIVED

JUN 1 5 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND                    DEPUTY

# The Clerk of the Court

## United States District Co...

# 6500, Cherrywood Lane

# Greenbelt, Maryland

# 20770