IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DREW DAVID NEISSER, #442-439     *

                         *

         Plaintiff         *

                         *

v.                             *     CASE NO. 8:20-cv-01837-PX

                         *

OFFICER JAMES BYRD, OCEAN CITY,   *

 et al.                          *

                         *

         Defendants      *

                         *

*     *     *     *     *     *     *     *     *     *     *     *     *

## MOTION TO DISMISS
## OF DEFENDANTS JAMES BYRD, DAVID WHITMER,
## TONYA GOWER, AND CLIFFORD GOGGINS

NOW COME Defendants, JAMES BYRD, DAVID WHITMER, TONYA GOWER, and

CLIFFORD GOGGINS (collectively, "Defendants" or "Ocean City Defendants"), by and

through their attorneys, Bruce F. Bright of Ayres, Jenkins, Gordy & Almand, P.A., and, pursuant

to Rule 8(a) and Rule 12(b)(6) of the Federal Rules Civil Procedure, and for the reasons set forth

in the supporting Memorandum filed herewith, move for dismissal with prejudice of the

Plaintiff's Complaint and "Amended Petition."

WHEREFORE, the Ocean City Defendants respectfully request that this Honorable Court

dismiss Plaintiff's claims against them, in their entirety, with prejudice.

AYRES, JENKINS, GORDY & ALMAND, P.A.

By:        **/s/ Bruce F. Bright**
           Bruce F. Bright (#27236)
           6200 Coastal Hwy., Suite 200
           Ocean City, Maryland 21842
           Tel: 410-723-1400
           Fax: 410-723-1861

bbright@ajgalaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of September, 2020, the foregoing Motion to Dismiss of Defendants, JAMES BYRD, DAVID WHITMER, TONYA GOWER, and CLIFFORD GOGGINS, was filed electronically. Notice of this filing will be served today via first class mail, postage prepaid, on: Drew David Neisser, #442-439, M.C.I.-J, P.O. Box 549, Jessup, Maryland, 20794.


_____/s/ Bruce F. Bright_____
Bruce F. Bright